| DISTRICT | OFF. | DOCKET NO. YR-NUMBER | | FILING DATE MO DAY YR | | | J | NATURE SUIT | DIV. PTF DEF | R 23 | $ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127 | 2 | 87T | 1192 N | 1 | 03 | 06 | 87 | 3 | 441 | | 1 | | 2706 | | 01039 | | 87T 1192N |

**CAUSE:**         **PLAINTIFFS**                                                        **DEFENDANTS**

JOHN DILLARD; DAMASCUS CRITTENDEN, JR.; EARWEN FERRELL; CLARENCE J. JARRELLS; ULLYSSES MC BRIDE; and LOUIS HALL, JR.          v          COVINGTON COUNTY BOARD OF EDUCATION

**CAUSE**
**(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)**

42 USC §§ 1973 and 1983; Alleged violation of Section 2 of Voting Rights Act thru use of at-large election system.

**ATTORNEYS**

James U. Blacksher
~~465 Dauphin Street~~  5th Fl Title Bldg
~~Mobile, AL 36602~~    300 21st St North
~~433-2000~~            Birmingham, AL 35203
                       322-1100   (Per 9/1/88 Notice)

~~Larry Menefee~~
~~5th Floor, Title Bldg.~~
~~300 21st Street, N.~~
~~Birmingham, AL 35203~~
~~322-7300/7313~~   (Per 9/1/88 Notice)

Edward Still
REEVES & STILL
714 South 29th Street
Birmingham, AL 35233-2810
~~322-6631~~  324-9966

Julius L. Chambers
~~Lani Guinier~~ --- Scherlyn Ifill
~~Pamela Karlan~~   (Per 9/1/88 Notice)
NAACP Legal Defense Fund
99 Hudson Street
16th Floor
New York, NY 10013 [212 219-1900]

~~Don Siegelman~~ Jimmy Evans
Alabama Attorney General

~~Susan Russ~~ Mort P. Ames
~~Assistant Attorney General~~
Office of Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
261-7406

David Boyd
BALCH & BINGHAM
P. O. Box 78
Montgomery, AL 36101
834-6500

W. Sidney Fuller
P. O. Box 1637
Andalusia, AL 36420
222-4196

| X CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | 12/5/87 |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET                                    DC-111 (Rev: 1/87)

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
|      |     | THIS CASE IS A DERIVATIVE OF 85-T-1332-N, JOHN DILLARD; et al. v. CRENSHAW COUNTY, ALABAMA, etc., et al. FOR THE PURPOSE OF ORDERS THAT RELATE TO THIS CASE PRIOR TO 8/12/87 SEE DILLARD CASE FILE AND DOCKET SHEET. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET   (Attys David Boyd & W. Sidney Fuller

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| JOHN DILLARD; et al. | CRENSHAW COUNTY, ALABAMA, etc., et al. RE: COVINGTON COUNTY BOARD OF EDUCATION | 87-T-1192-N 85-T-1332-N PAGE 2 OF ___ PAGES |

| DATE 1987 | NR. | PROCEEDINGS |
|---|---|---|
| Aug. 12 | | Covington County Board of Education's selection of defendant subclass Option A. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| Sep. 14 | | ORDER as follows: (1) by **9/17/87** the plaintiff class shall serve and file, individually with respect to each jurisdiction which is a member of subclass A, a **detailed statement of the plaintiffs' claims**; (2) not later than **9/25/87**, the respective jurisdictions which are members of subclass A shall individually **respond to the statement filed by the plaintiff class** pursuant to paragraph one; (3) a **status conference** will be held **Tuesday, 9/29/87** at 2:00 p.m., federal courthouse, Montgomery; (4) at the status conference, the subclass A jurisdictions should be prepared to nominate to the court a person to serve as liaison counsel for subclass A; (5) other matters, including scheduling of trials of liability and remedy issues for subclass A jurisdictions, will be addressed at the status conference; (6) the Clerk is DIRECTED to send a copy of this order to all jurisdictions which are members of subclass A. (Copies mailed to counsel, including counsel for subclass A jurisdictions; furnished Magistrate Carroll.) EOD 9/14/87. |
| | 18 | Plaintiffs' statement of claim against Subclass A member Covington County Board of Education. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| | 29 | Response of Covington County Board of Education to plaintiffs' statement of claim. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| | 30 | NOTICE OF PRETRIAL HEARING ORDER setting **pretrial hearing** in Montgomery on 1/4/88, at 2:30 p.m. (Copies mailed to counsel, including main counsel; furnished Magistrate Carroll.) EOD 10/1/87. |
| | 30 | ORDER allowing the parties until **1/4/88**, to complete discovery and to exchange lists of witnesses and exhibits; allowing parties until **11/1/87**, to file dispositive motions; directing plaintiffs and each subclass A jurisdiction to draft and exchange proposed redistricting plans by **1/4/88**. (Copies mailed to main counsel and counsel for subclass A jurisdictions; furnished Magistrate Carroll.) EOD 10/1/87. |
| Oct. 2 | | Plaintiffs' suggestions for designation of defendant Subclass A representatives and liason counsel. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| 5 | | ORDER allowing all subclass A members _7_ days from the date of this order to file responses to plaintiff's suggestions for designation of defendant Subclass A representatives and liaison counsel. (Copies mailed to counsel.) EOD 10/6/87. |
| 13 | | Plaintiffs' amendment to suggestions for designation of defendant subclass A representatives and liaison counsel. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| 14 | | ORDER allowing all subclass A members 7 days from the date of this order to file responses to plaintiffs' 10/13/87 amendment to suggestions for designation of defendant subclass A representatives and liaison counsel. (Copies mailed to counsel.) (Cy furnished Magistrate Carroll.) EOD 10/14/87. |
| 16 | | Plaintffs' request ofr admissions. Referred to Judge Thompson. |

OPTION B

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET (Attys David Boyd & W. Sidney Fuller)

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| JOHN DILLARD, et al. | CRENSHAW COUNTY, ALABAMA, etc., et al. RE: COVINGTON COUNTY BOARD OF EDUCATION | 87-T-1192-N 85-T-1332-N PAGE 3 OF ___ PAGES |

| DATE 1987 | NR. | PROCEEDINGS |
|---|---|---|
| Oct. 16 | | Covington County Board of Education's notice of adoption of **Subclass B option.** Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) **TRANSFERRED TO SUBCLASS B.** |
| 16 | | Covington County Board of Education's proposed remedial plan. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| 20 | | ORDER that the 9/14/87 order of the court regarding Subclass B members, a copy of which is attached, supersedes all prior administrative and procedural orders as to defendant Covington County Board of Education, said defendant having elected to become a member of Subclass B. (Copies mailed to counsel.) EOD 10/21/87. |
| 20 | | ORDER and JUDGMENT **appointing Hon. Charles S. Coody,** U. S. Magistrate, Middle District of Alabama, **additional special master** with same authorities and duties already given special master Carroll; DIRECTING counsel for Attorney General of the State of Alabama to mail copy of this order to all members of Subclasses B and C or their attorneys. (Copies mailed to counsel.) EOD 10/21/87. |
| 30 | | ORDER, subject to court's later consideration of any objections (1) **decertifying subclasses B and C** as members of defendant class action; directing clerk to assign separate civil action numbers to proceedings with respect to each jurisdiction in subclasses B and C; (2) directing that decertified proceedings shall continue as a class action as previously certified with respect to plaintiffs; (3) **consolidating** the separate actions with respect to the former members of subclasses B & C for purposes of carrying out the procedures prescribed by interim consent decree; directing that the Attorney General shall continue to serve as lead counsel for defendants and David Boyd shall continue to serve as liaison counsel for defendants; directing that procedures in paras. 9-20 of interim consent decree shall continue in force and effect for the consolicated actions; (4) directing that all prior orders in this action not inconsistent with this order shall remain in full force and effect; (5) directing that the Attorney General shall promptly furnish a copy of this order to all jurisdictions of subclass B or subclass C; directing that any **objections** to procedural changes ordered herein must be filed, detailed written statement, with the clerk not later than **11/13/87**; hearing to be set by court on objections which warrant such a proceeding; (6) directing that unless the court receives some objection, this order shall take effect on **11/18/87** and no further order will be entered; directing that if no further order is entered before 11/18/87, the parties should assume that the court received no objections. (Copies mailed to counsel.) (Cy furnished Magistrates Carroll and Coody.) EOD 10/30/87. |
| Nov. 18 | | Affidavits of plaintiffs John Dillard, Damascus Crittenden, Jr., Earwen Ferrell, Jr., Clarence J. Jairrels, Dr. Ullysses McBride and Louis Hall, Jr. (in support of IFP status for consolidated cases 87-T-1150-N thru 87-T-1316-N.) |
| 18 | | ORDER that the plaintiffs are allowed to proceed in forma pauperis and without prepayment of filing fees in these cases (87-T-1150-N thru 87-T-1316-N), the court being of the opinion from the affidavits filed by the plaintiffs that they cannot afford the filing fees in these consolidated cases in the amount of $20,520.00. (Copies mailed to counsel.) (Copies furnished Magistrates Carroll and Coody.) EOD 11/18/87. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| JOHN DILLARD: et al. | COVINGTON COUNTY BOARD OF EDUCATION | DOCKET NO. 87-T-1192-N |
| | | PAGE 4 OF ___ PAGES |

| DATE 1987 | NR. | PROCEEDINGS |
|---|---|---|
| Nov. 20 | | Plaintiffs' remedy submission for Covington County Board of Education filed pursuant to the Order of 9/14/87. Referred to Judge Thompson. |
| 25 | | ORDER setting **trial** of this cause for **1/19/88** at 9:00 a.m., 2nd floor courtroom, federal courthouse, Montgomery; DIRECTING plaintiffs to file brief by 1/7/88, and DIRECTING defendant to file its brief by 1/14/88. (Copies mailed to counsel; furnished Magistrates Carroll and Coody.) EOD 11/30/87. |
| **1988** Jan. 6 | | Plaintiffs' pretrial memorandum on the scope of this court's remedial power. |
| 12 | | ORDER (CA Nos. 87-T-1153-N, 87-T-1178-N, 87-T-1179-N, 87-T-1192-N, 87-T-1205-N, 87-T-1216-N, 87-T-1238-N, 87-T-1239-N, 87-T-1250-N, 87-T-1263-N, 87-T-1273-N, 87-T-1291-N, 87-T-1302-N, 87-T-1307-N and 87-T-1315-N) continuing the 1/19/88 **trial** to **2/4/88** at 9:00 a.m., 2nd floor courtroom, federal courthouse, Montgomery, at the request of the defendants. (Copies mailed to counsel.) EOD 1/12/88. |
| 25 | | Defendant's supplemental remedy proposal. Referred to Judge Thompson. |
| 27 | | Defendant's pretrial brief. |
| Feb. 1 | | Plaintiffs' pretrial reply memorandum. Referred to Judge Thompson. |
| 3 | | Plaintiffs' **objection** to qualifications of defendants' expert witness--Dr. John Alford. Referred to Judge Thompson. |
| 3 | | **Deposition** of Dr. John Alford (pltfs' exhibits 1 and 2 attached). Referred to Judge Thompson. |
| 4-5 | | Nonjury trial. |
| 5 | | Courtroom deputy's minutes of proceedings. Lists of witnesses and exhibits attached. |
| 8 | | ORDER overruling plaintiffs' objection to the qualifications of defendants' expert witness filed on 2/3/88. (Copies mailed to counsel; furnished to Magistrates Carroll and Coody.) |
| 23 | | Official Court Reporter's transcript (2 volumes) of 2/4/88 trial (hearing) re 85-T-1332-N (subclass A except Pine Hill) and CA Nos. 87-T-1192-N, 87-T-1239-N and 87-T-1315-N (subclass B). |
| 25 | | ORDER setting **additional hearing** for **3/21/88** at 9:00 a.m., 2nd floor courtroom, federal courthouse, Montgomery. Further ORDERED: (1) that plaintiffs file post-trial brief by 3/28/88; (2) that defendant file post-trial brief by 4/4/88; and (3) that plaintiffs may file a reply by 4/11/88. (Copies mailed to counsel.) EOD 2/26/88. |
| Mar. 22 | | ORDER that the hearing set for 3/21/88, is cancelled and the remaining evidence is to be submitted to the court by depositions and affidavits. (Copies mailed to counsel.) EOD 3/22/88 |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1192-N |
|---|---|---|
| JOHN DILLARD: et al. | COVINGTON COUNTY BOARD OF EDUCATION | PAGE 5 OF ___ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| Apr. 4 | | ORDER (1) that the submission of this cause is continued to 5/13/88; (2) that the plaintiffs' post-trial brief is due by 4/22/88; (3) that the defendant's post-trial brief is due by 5/6/88; and (4) that the plaintiffs may file a reply brief by 5/13/88. (Copies mailed to counsel.) EOD 4/7/88. |
| 6 | | Deposition of Gordon G. Henderson, taken on 3/22/88. (Filed in 87-T-1239-N and 87-T-1192-N--physically located with 87-T-1192-N.) |
| 22 | | Plaintiffs' motion for award of attorneys fees and expenses from members of subclasses B and C. Referred to Judge Thompson. |
| 22 | | Plaintiffs' Post-trial brief. Referred to Judge Thompson. |
| 22 | | Plaintiffs' motion to schedule plaintiffs' claim for fees and expenses. Referred to Judge Thompson. |
| 28 | | ORDER [CA Nos. 87-T-1150-N thru 87-T-1316-N, all Subclass B and C defendants-- except Baldwin County Board of Education and City of Lisman] as follows: 1. Liaison counsel shall receive all pleading, file all responses, and conduct all proceedings on behalf of the defendant jurisdictions relative to plaintiffs' motion for fees. 2. By **5/16/88** liaison shall provide all defendant jurisdictions with a summary of plaintiffs motion for fees and a copy of this order and shall notify those jurisdictions of their right to object to the motion for fees and shall provide the defendants with a general outline of a plan to apportion among the defendants the fees, etc., awarded to plaintiffs. 3. Any defendant jurisiction which wishes to object to plaintiffs' motion for fees shall by 5/30/88 provide liaison counsel with a statement of its objection. 4. On or before **6/10/88** liaison counsel shall file with the court any objections, along with evidentiary materials supporting such objections, etc. 5. By **6/24/88** plaintiffs shall file their brief in support of their motion for fees. 6. By **7/1/88** liaison counsel shall file on behalf of the defendant jurisdictions any reply brief. 7. A **hearing** on the plaintiffs motion for fees will be conducted on **7/8/88** at 10 a.m.; defendant jurisdictions to be represented by liaison counsel. 8. By **6/10/88** liaison counsel shall also file with the court a final proposal for apportionment among the defendant jurisdictions of the fees, etc., to be awarded by the court; copy to be sent to each jurisdiction; defendants which object to apportionment system shall advise liaison counsel by 6/24/88; liaison counsel shall advise the court of any such objections by 7/1/88; any objections to be considered at the 7/8/88 hearing. (Copies mailed to counsel.) EOD 4/29/88. |
| May 11 | | Defendants' post-trial brief. |
| 11 | | Defendants' conditional motion for inclusion of certain evidentiary materials in the record. Referred to Judge Thompson. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1192-N |
|---|---|---|
| JOHN DILLARD, et al. | COVINGTON COUNTY BOARD OF EDUCATION | PAGE 6 OF ___ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| May 17 | | ORDER REGARDING ATTORNEY FEES AND EXPENSES (1) DIRECTING clerk to set up a single separate file and docket sheet for the issues of attorney fees and expenses; (2) directing that all pleadings and orders regarding the issues of attorney fees, etc., are to be filed in separate file; (3) directing that separate file is incorporated in, and made a part of, each and every file for civil action nos. 85-T-1332-N and 87-T-1150-N thru 87-T-1316-N; (4) directing that Clerk need serve copies of this order and all future orders regarding attorney fees, etc., on only counsel for plaintiffs, counsel for Alabama Attorney General, and liaison counsel; and (5) directing that counsel need file only one copy of pleadings with the court. (Copies mailed to counsel.) EOD 5/17/88. |
| | 23 | Parties' joint stipulation of record. Referred to Judge Thompson. |
| | 25 | Plaintiff's post-trial reply memorandum. Referred to Judge Thompson. |
| Aug. 17 | | Defendant's **supplement** to its post-trial brief (in letter form) with attachments. Referred to Judge Thompson. |
| Sep 1 | | Plaintiffs' notice of attorneys' withdrawal (Menefee and Guinier) and substitution (Ifill substituted for Karlan). |
| | 26 | Plaintiffs' submission of evidence relating to recent elections. Attachments including affidavit of Jerome A. Gray. Referred to Judge Thompson. |
| Oct. 11 | | ORDER directing defendants Lamar and Covington County Boards of Education to submit any evidence in response to the plaintiffs' 9-26-88 submission by 10-28-88. (Counsel notified by phone; copy furnished to David Boyd; copies mailed to remaining counsel.) EOD 10-11-88. (Also applies to CA# 87-T-1239-N) |
| | 26 | Defendants' (CA Nos 87-T-1192-N; 87-T-1239-N and 85-T-1332-N Subclass A-- Covington County Commission, Geneva County Board of Education and Commission, Shelby County Board of Education and Commission, St Clair County Board of Education and Commission, Muscle Shoals, City of Pine Hill and Helena) submission of copy of decision of United States Court of Appeals for the Fourth Circuit in McGhee, et al. v. Granville County, North Carolina, et al., No. 88-1553. Referred to Judge Thompson. |
| | 28 | Defendant's RESPONSE to plaintiffs' submission of evidence relating to recent election. Referred to Judge Thompson. |
| Nov. 1 | | Plaintiffs' (CA Nos 87-T-1192-N; 87-T-1239-N and 85-T-1332-N Subclass A-- Covington Co Commission, Geneva County BOE and Commission, Shelby County BOE and Commission, St Clair Co BOE and Commission, City of Muscle Shoals, City of Pine Hill and City of Helena) RESPONSE to defendants' 10/26/88 submission. Referred to Judge Thompson. |
| | 7 | Defendant's submission of AFFIDAVIT of John R. Alford. |
| **1989** | | |
| July 5 | | Withdrawal of Susan E. Russ as counsel for State and Class B defendants (document maintained in 85-T-1332-N). Referred to Judge Thompson. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1192-N |
|---|---|---|
| JOHN DILLARD | COVINGTON CO. BD. OF EDUC. | PAGE 7 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1990 Apr 4 | | Defendant's Notice of Section 5 preclearance. Referred to Judge Thompson. |
| 1992 Jan. 27 | | Plaintiffs' **motion** for additional relief with respect to redistricting and the 1992 elections. Referred to Judge Thompson. **WITHDRAWN per order of 2/24/92.** |
| Feb 6 | | **ORDER** that defendant jurisdictions show cause in writing, if any, as to why motion for additional relief, filed by plaintiffs on 1-27-92, should not be granted. (Copies mailed to counsel.) EOD: 2-7-92 |
| Feb. 11 | | Defendant's **response** to show cause Order. Referred to Judge Thompson. |
| Feb. 13 | | Plaintiffs' **withdrawal** of motion for additional relief. Referred to Judge Thompson. |
| Feb. 24 | | **ORDER** that plaintiffs' motion for additional relief with respect to redistricting and the 1992 elections is withdrawn. (Copies mailed to counsel.) |